# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TEXAS GUARANTEED STUDENT
LOAN CORPORATION,**

        Plaintiff,

        Case No. 10-C-255

   -vs-

**MARK HERSH LAW OFFICE S.C.,**

        Defendant.

## ORDER FOR ENTRY OF JUDGMENT

The Court approves the stipulation of the parties and directs them to perform in accordance with its terms. The Clerk is directed to enter judgment in the amount set forth in the parties' agreement.

Therefore, the Court orders that Plaintiff, Texas Guaranteed Student Loan Corporation, shall have and recover from Defendant, Mark Hersh Law Office S.C., the sum of $155,466.91, consisting of $153,556.91 in wages defendant failed to withhold, plus a per diem of $13.76 from September 1, 2010, until the date of judgment, $1,495.00 in attorney's fees and $415.00 in court costs. Post judgment interest shall accrue on all the above amounts allowable by law at the lawfully prescribed rate.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2010.

        **SO ORDERED,**

        *s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**