# United States District Court

EASTERN DISTRICT OF WISCONSIN

## JUDGMENT IN A CIVIL CASE

**TEXAS GUARANTEED STUDENT LOAN CORPORATION,**

      Plaintiff,

      V.      CASE NUMBER: **10-C-255**

**MARK HERSH LAW OFFICE, S.C.,**

      Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the plaintiff and against the defendant, pursuant to their stipulation, in the sum of $155,659.55 consisting of $153,556.91 in wages the defendant failed to withhold, $1,495.00 in attorney's fees, $415.00 in court costs, and $192.64 (per diem rate of $13.76 from September 1, 2010 until September 14, 2010). Post judgment interest shall accrue on all the above amounts allowable by law at the lawfully prescribed rate.**

**This action is hereby DISMISSED.**

    **September 14, 2010**                                                    JON W. SANFILIPPO
Date                                                                                     Clerk

                                                                                      **s/ Linda M. Zik**
                                                                                  (By) Deputy Clerk

**APPROVED:**

*s/ Rudolph T. Randa*
**Hon. Rudolph T. Randa
September 14, 2010**